No. 91–6668. LEWIS *v.* RUSSE ET AL. C. A. 7th Cir. Certiorari denied.

No. 91–6672. FOSTER *v.* GEORGIA ET AL. Sup. Ct. Ga. Certiorari denied.

No. 91–6703. DAVIS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 91–6724. MEDINA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–6750. MANFRED *v.* DERWINSKI, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 91–6763. BOYLE *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 91–6784. TORO ARISTIZABAL *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 91–6816. BONHAM *v.* BOBO ET AL. C. A. D. C. Cir. Certiorari denied.

No. 91–6823. WENINGER *v.* BROOKS. C. A. 10th Cir. Certiorari denied.

No. 91–6872. DEMAREST *v.* MANSPEAKER, CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, ET AL. C. A. 10th Cir. Certiorari denied.

No. 91–6890. COX *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–6952. KENNEDY *v.* INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 91–6993. MAURER *v.* LOS ANGELES COUNTY SHERIFF'S DEPARTMENT ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–7000. SUN *v.* FORRESTER. C. A. 11th Cir. Certiorari denied.